*E-FILED - 7/23/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN CHISM, | No. C 06-0181 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| J.S. WOODFORD, et al., | |
| Defendants. | (Docket Nos. 8, 9) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed in forma pauperis.. On February 12, 2008, the court denied plaintiff's application without prejudice because it was incomplete, and instructed plaintiff to file a completed application or pay the filing fee. On February 29, 2008, and May 13, 2008, plaintiff filed two responses which included his certificate of funds and prisoner trust account statement, and renewed his motion for leave to proceed in forma pauperis.

Plaintiff's motion to proceed in forma pauperis (docket nos. 8, 9) are GRANTED. The total filing fee that ultimately will be due is $250.00.  The initial partial filing fee due at this time is $ 2.50.  This initial fee shall be paid within **thirty days** of the date this order is filed.  Funds for the filing fee will be taken from income to plaintiff's account in

1  accordance with 28 U.S.C. § 1915(B)(1).  A copy of this order and the attached
2  instructions will be sent to plaintiff, the prison trust account office, and the court's
3  financial office.
4      IT IS SO ORDERED.
5  DATED:  7/22/08                   *Ronald M. Whyte*
                                     ──────────────────────────
6                                    RONALD M. WHYTE
                                     United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

> Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within **thirty days** of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:     Plaintiff/Petitioner
        Finance Office

Order Granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis
P:\pro-se\sj.rmw\cr.06\Chism181ifp                3