1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  BRENDAN M. KENNY, State Bar No. 237969
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000        ***E-FILED - 12/9/08***
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5744
    Fax:  (415) 703-5480
8   Email:  Brendan.Kenny@doj.ca.gov

9  Attorneys for Defendants Graham and Van Blarcom

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14
   **CALVIN CHISM,**                    C 06-0181 RMW (PR)
15
                        Plaintiff,     [~~PROPOSED~~] ORDER
16                                     GRANTING DEFENDANTS'
              v.                       EX PARTE MOTION FOR
17                                     EXTENSION OF TIME TO
   **J. S. WOODFORD,**                 FILE A DISPOSITIVE
18                                     MOTION
                        Defendant.
19

20     Defendants Graham and Van Blarcom (Defendants) have filed a request for extension of

21 time of time of sixty (60) days, up to and including **December 15, 2008**, in which to file a

22 dispositive motion.  This Court has reviewed Defendants' request and the declaration of Brendan

23 Kenny, and finds good cause to GRANT the request.  Accordingly, Defendants have up to and

24 including **December 15, 2008** to file a dispositive motion.  Plaintiff shall file an opposition no

25 later than thirty (30) days after he is served with Defendants' dispositive motion.

26 //

27 //

28 //

[~~XXXXX~~] Order Granting Defs.' Ex Parte Mot. Ext. Time              Chism v. Woodford, et al.
                                                                        C 06-0181 RMW (PR)

                                          1

1  Defendants shall file a reply brief within fifteen (15) days of the date on which Plaintiff
2  serves them with the opposition.
3  IT IS SO ORDERED.

5  Dated: 12/5/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

40276416.wpd
SF2008402326

[Proposed] Order Granting Defs.' Ex Parte Mot. Ext. Time

*Chism v. Woodford, et al.*
C 06-0181 RMW (PR)