*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN CHISM,<br><br>            Plaintiff,<br><br>    vs.<br><br>J.S. WOODFORD, et al.,<br><br>            Defendants. | No. C 06-0181 RMW (PR)<br><br>JUDGMENT |

   This civil rights action has been dismissed without prejudice.  A judgment of dismissal without prejudice is entered in favor of defendants.  The clerk shall close the file.

   IT IS SO ORDERED.

DATED: 3/16/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.06\Chism181jud.wpd